**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| A. JEFFREY WEISS, ESQ., d/b/a<br>A.J. WEISS & ASSOCIATES, and<br>GARRY GARTEN, ESQ.,<br>                   Plaintiffs,<br>vs.<br><br>JOAN C. OAT,<br>                   Defendant. | CIVIL NO. 2008/123<br><br>ACTION FOR DEBT |

**ORDER**

THIS MATTER IS BEFORE THE COURT on plaintiffs motion pursuant to Federal Rule of Appellate Procedure 7 for an order requiring defendant, Joan C. Oat, to file a bond or post other security in an amount sufficient to ensure payment of costs on her appeal to the United States Court of Appeals for the Third Circuit of the Sept. 20, 2013 Order in the above captioned matter. It appearing that all parties have been duly served, and the Court being fully advised as to the premises, it is hereby

**ORDERED** that plaintiffs' Motion is GRANTED; and it is further

**ORDERED** that defendant, Joan C. Oat, shall post a monetary bond in the amount of $500, to ensure payment of costs on her appeal to the United States Court of Appeals for the Third Circuit of the Sept. 20, 2013 Order in the above captioned matter.

                                                s/_____
                                                H<small>ON</small>. CURTIS V. GOMEZ
                                                      District Judge